UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CR-198-BO-1
5:02-CR-265-BO

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER TO SEAL |
| DAMIEN MCCULLERS | |

On motion of the Defendant, Damien McCullers, and for good cause shown, it is hereby ORDERED that the **[DE 29]** be sealed until further notice by this Court.

IT IS SO ORDER.

This **25** day of February 2014.

*Terrence Boyle*
TERRENCE W. BOYLE
United States District Judge